**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-511**

---

In Re: MICHAEL BOYD,

Petitioner.

---

On Petition for Writ of Mandamus. (No. CA-96-165-1)

---

Submitted:  February 25, 1997          Decided:  March 6, 1997

---

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Michael Boyd, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Michael Boyd filed a petition for a writ of mandamus to compel the district court to act on his petition for a writ of habeas corpus. Boyd filed his habeas corpus petition on October 16, 1996, and amended the petition on December 24, 1996. We find that the delay in the district court has not been unreasonable. Accordingly, we deny Boyd's petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2